Marvin Eugene Gates Jr.
Vs.
STATE OF TEXAS

Cause no. _____

Petitioner

U.S. District Court for
The Western District of TX.

**FILED**

August 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____
DEPUTY

6:21-cv-00828

## Writ of Supersedeas

TO THE HONORABLE JUDGE OF SAID COURT:

I, Marvin Eugene Gates, Petitioner, now residing at Stiles unit, 3060 FM 3514, Beaumont Texas [77705], TDCJ #421137.

Respectfully Petitions this court to stay all Proceedings and Tolling until such time as the Court of Criminal Appeals has finished judging my tr. ct. no. 2010-1424-C2A, WR-49,611-02.

The Court of Criminal Appeals first received my appeal on 3-19-21, and on 3-31-21 the court dismissed without written order for not completing a Proper Verification of the prescribed form.

On 4-12-21 I received this dismissal and on 4-21-21 I sent a Proper Verified form to the Court Clerk: Deana Williamson.

On May 10, 21 I sent a letter to the Court Clerk asking Verification that my 11-07 has been resubmitted back to the court. I never got a return reply.

I'm between a rock and a hard place. I'm unsure that I should wait on the C.C.A. or send you a Form 2254, the next step in this Process?

Should I file in your court now or wait?

NAME Marvin Gates
TDC# 421132
STILES
3060 FM 3514
BEAUMONT, TEXAS 77705

NORTH HOUSTON TX 773
29 JUL 2021 PM 3 L

Western District of Texas
U.S. District Court for the Clerk's office
~~Western District of Texas~~ Waco Division
U.S. Courthouse
800 Franklin Ave. Rm. 380
Waco, TX. 76701

76701-193480