IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **MARVIN E. GATES, JR. #421132** | § | |
| | § | |
| **V.** | § | **W-21-CA-828-ADA** |
| | § | |
| **BOBBY LUMPKIN** | § | |

## ORDER

Before the court is Petitioner's letter inquiring about an extension of time to file an application for habeas corpus relief, which the Court has considered as a motion for extension of time. After consideration of the motion, it is dismissed. "A federal court lacks jurisdiction to consider the timeliness of a § 2255 [or §2254] petition until a petition is actually filed." *United States v. McFarland*, 125 Fed. Appx. 573 (5th Cir. 2005) (quoting *United States v. Leon*, 203 F.3d 162, 163 (2d Cir. 2000)). At the time Petitioner files his application for habeas corpus relief, he may request the court to toll the limitations period for the reasons explained in his letter. He may also file a full habeas application with the Court during the pendency of his state writ, if he so wishes, explaining the reasons for the early filing and the status of his state writ.

It is therefore **ORDERED** that the Clerk of the Court shall forward to Petitioner forms for filing an application for habeas corpus relief pursuant to 28 U.S.C. § 2254.

It is further **ORDERED** that the Motion for Extension of Time, filed by Petitioner on August 4, 2021, is **DISMISSED** and this case is **CLOSED**.

**SIGNED** on August 11, 2021

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE